December 02, 2005

Mr. J. Bruce Bennett
Cardwell, Hart & Bennett, L.L.P.
807 Brazos, Suite 1001
Austin, TX 78701

Mr. Brian Cooper Guequierre
P O Box 4944
Austin, TX 78765
Judge Gisela Danette Triana
Travis County 345th District Court
1000 Guadalupe
Austin, TX 78701

RE: Case Number: 05-0404
 Court of Appeals Number: 03-05-00193-CV
 Trial Court Number: GN401871

Style: IN RE MOBILE HOME MALL, L.P. AND MHM, L.L.C.

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Diane O'Neal |
| |Ms. Amalia Rodriguez |
| |Mendoza |